From: The District Court of the Twelfth Judicial District. County of Blaine.

STATE OF MONTANA, Plaintiff, vs. JOHN C. HARDING, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 30 years, imposed on March 16, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1)   No change be made in the sentence heretofore imposed.

The reason for the above decision: Insufficient evidence in the opinion of this Board to warrant any reduction of sentence heretofore imposed and, further, it appears that this prisoner will be considered for parole in August of 1968.

DATED this 27th day of June, 1968.


### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.


From: The District Court of the Sixteenth Judicial District. County of Custer.

STATE OF MONTANA, Plaintiff, vs. ROBERT HENKE, Defendant.


## DECISION

The application of the above-named defendant for a review of the sentence of five years, imposed on January 22, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1)   No change be made in the sentence heretofore imposed.

The reason for the above decision: Insufficient evidence to warrant any reduction in sentence at this time.

DATED this 27th day of June, 1968.


### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.